IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          NO. 4:06CR00417-05 JLH

CLIFFORD CROSSFIELD                                                   DEFENDANT

### ORDER

The hearing on the government's Motion to Revoke the Supervised Release of defendant Clifford Crossfield is hereby rescheduled for **FRIDAY, AUGUST 30, 2013, at 11:15 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #315.

IT IS SO ORDERED this 23rd day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE