IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                          No. 4:06CR00417-05 JLH

CLIFFORD CROSSFIELD                                                                DEFENDANT

## ORDER

Pending before the Court is the defendant's motion to continue revocation hearing currently set for Friday, August 30, 2013. Without objection, the motion is GRANTED. Document #321.

The supervised release revocation hearing for defendant Clifford Crossfield is hereby rescheduled for **WEDNESDAY, SEPTEMBER 4, 2013, at 10:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #315.

IT IS SO ORDERED this 29th day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE