# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                    NO. 4:06CR00417-05 JLH

CLIFFORD CROSSFIELD                                                                        DEFENDANT

## ORDER

The hearing on the government's Motion to Revoke the Supervised Release of defendant Clifford Crossfield is hereby rescheduled for **THURSDAY, SEPTEMBER 26, 2013, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #315.

IT IS SO ORDERED this 10th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE