# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                  No. 4:06CR00417-05 JLH

CLIFFORD CROSSFIELD                          DEFENDANT

## **ORDER**

The United States has filed a motion to dismiss the supervised release revocation petition filed on January 8, 2013. For good cause shown, the motion is GRANTED. Document #326. The revocation petition of January 8, 2013, is hereby dismissed without prejudice.

IT IS SO ORDERED this 24th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE